**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| CAROL ANN CARTER, MONICA PARRILLA, REBECCA POYOUROW, WILLIAM TUNG, ROSEANNE MILAZZO, BURT SIEGEL, SUSAN CASSANELLI, LEE CASSANELLI, LYNN WACHMAN, MICHAEL GUTTMAN, MAYA FONKEU, BRADY HILL, MARY ELLEN BALCHUNIS, TOM DEWALL, STEPHANIE MCNULTY AND JANET TEMIN, | : No. 7 MM 2022<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |
| Petitioners | : |
| | : |
| v. | :<br>: |
| | : |
| LEIGH M. CHAPMAN, IN HER OFFICIAL CAPACITY AS THE ACTING SECRETARY OF THE COMMONWEALTH OF PENNSYLVANIA; JESSICA MATHIS, IN HER OFFICIAL CAPACITY AS DIRECTOR FOR THE PENNSYLVANIA BUREAU OF ELECTION SERVICES AND NOTARIES, | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |
| Respondents | : |
| PHILIP T. GRESSMAN; RON Y. DONAGI; KRISTOPHER R. TAPP; PAMELA GORKIN; DAVID P. MARSH; JAMES L. ROSENBERGER; AMY MYERS; EUGENE BOMAN; GARY GORDON; LIZ MCMAHON; TIMOTHY G. FEEMAN; AND GARTH ISAAK, | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: |
| Petitioners | : |
| | : |
| v. | :<br>: |
| | : |
| LEIGH M. CHAPMAN, IN HER OFFICIAL CAPACITY AS THE ACTING SECRETARY OF THE COMMONWEALTH OF PENNSYLVANIA; JESSICA MATHIS, IN HER OFFICIAL CAPACITY AS DIRECTOR FOR THE PENNSYLVANIA BUREAU OF ELECTION SERVICES AND NOTARIES, | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: |
| Respondents | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 9th day of February, 2022, given that oral argument in this matter is currently scheduled for February 18, 2022, the General Primary Election calendar, *see, e.g.,* 25 P.S. §§2868 and 2873 (relating to the time of circulating and filing nomination petitions), is **TEMPORARILY SUSPENDED**, pending further Order of this Court.